```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
                                    :   TEMPORARY BAIL
                                    :   ORDER
         - v -                      :
                                    :   S1 19 Cr. 827 (JSR)
YENDOUKOA LAMBONI,                  :
                                    :
              Defendant.            :
------------------------------------X
```

JED S. RAKOFF, United States District Judge.

Mr. Yendoukoa Lamboni's bail condition restricting his travel to the Southern and Eastern Districts of New York and the District of Maryland is temporarily modified in order to permit him to travel from Maryland to Myrtle Beach, South Carolina from November 26 to November 29 for Thanksgiving. Mr. Lamboni will provide his travel itinerary to his Pretrial Officer in advance of his travel.

Dated:  New York, New York          SO ORDERED:
        November 16, 2020

                                    _____
                                    HONORABLE JED S. RAKOFF
                                    UNITED STATES DISTRICT JUDGE