UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -against- | 19-cr-827 (JSR) |
| YENDOUKOA LAMBONI, | TEMPORARY BAIL ORDER |
| Defendant. | |

JED S. RAKOFF, U.S.D.J.

Mr. Yendoukoa Lamboni's bail condition restricting his travel to the Southern and Eastern Districts of New York and the District of Maryland is temporarily modified to permit him to travel from the District of Maryland to the Middle District of Pennsylvania from June 12 to June 13, 2021 to attend his niece's dance recital. Mr. Lamboni will provide his travel itinerary to his Pretrial Officer in advance of his travel.

SO ORDERED.

Dated: New York, NY
May 25, 2021

JED S. RAKOFF, U.S.D.J.

1